21889

The STATE, Respondent, v. Carolyn P. STEPHENS, Appellant.

(301 S. E. (2d) 473)

*George M. Stuckey, Jr.,* and *Paul M. Fata,* of *Stuckey Law Firm,* Bishopville, *for appellant.*

*Atty. Gen. T. Travis Medlock, Retired Atty. Gen. Daniel R. McLeod* and *Asst. Attys. Gen. Harold M. Coombs, Jr.,* and *Martha L. McElveen,* Columbia, and *Sol. R. Kirk McLeod,* Sumter, *for respondent.*

March 23, 1983.

*Per Curiam:*

Appellant appeals from the lower court's order vacating its earlier order granting appellant a new trial.

The record submitted by appellant does not contain sufficient facts for this Court to consider the propriety of the lower court's action. Appellant has not met her burden of presenting a record on which the Court can base a decision. *State v. Winestock,* 271 S. C. 473, 248 S. E. (2d) 307 (1978).

We dismiss appellant's appeal.